United States Court of Appeals

For the Eighth Circuit

_____

No. 23-3148
_____

Matthew Shawn Victor Bridges

*Petitioner - Appellant*

v.

United States of America

*Respondent - Appellee*
_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids
_____

Submitted: September 10, 2024
Filed: September 13, 2024
[Unpublished]
_____

Before LOKEN, GRUENDER, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

Matthew Bridges appeals the district court's[1] order denying his 28 U.S.C. § 2255 motion after an evidentiary hearing. The district court granted a certificate of

_____

[1]The Honorable C.J. Williams, then United States District Judge for the Northern District of Iowa, now Chief Judge.

appealability on Bridges's claim that his counsel was ineffective for failing to file a direct appeal as requested. After de novo review of the ineffective-assistance claim, according deference to the district court's credibility findings, we conclude that the court did not clearly err in finding that Bridges did not ask his attorney to file an appeal. *See Walking Eagle v. United States*, 742 F.3d 1079, 1082 (8th Cir. 2014). We also conclude that the district court did not abuse its discretion in failing to continue the hearing to allow Bridges's additional proposed witnesses to testify. *See Souder v. Owens-Corning Fiberglas Corp.*, 939 F.2d 647, 651 (8th Cir. 1991). Accordingly, we affirm.

_____